# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>        Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>        Defendants. | **NO. CV-23-00208-TUC-BGM**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and Plaintiff having filed a Motion or Notice of Dismissal, this action is hereby dismissed.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

June 2, 2023

                                              s/ C. Ortiz
                               By    Deputy Clerk